Allen W. Burton (Bar No. 020742001)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (213) 430-6407
aburton@omm.com

Richard B. Goetz (*pro hac vice admission to be sought*)
Zoheb P. Noorani (*pro hac vice admission to be sought*)
Andrew M. Levine (*pro hac vice admission to be sought*)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
rgoetz@omm.com
znoorani@omm.com
andrewlevine@omm.com

*Attorneys for Defendant Federal
Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILBERT PURCELL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHUBB LTD. and FEDERAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | No. 3:23-cv-00122-MAS-DEA<br><br>Judge Michael A. Shipp<br><br>**DEFENDANT FEDERAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Motion Date: April 17, 2023<br><br>***Oral Argument Requested*** |

TO THE HONORABLE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, on April 17, 2023, or as soon thereafter as the matter may be heard, in Courtroom 5W of the above-entitled court located at 402 East State Street, Trenton, NJ, 08608, Defendant Federal Insurance Company ("Federal") will and hereby does move this Court for an order dismissing all causes of action in the Complaint filed by Plaintiff Gilbert Purcell ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. This motion is made on the following grounds:

1. Each and every cause of action in the Complaint should be dismissed because those causes of action are barred by the filed rate doctrine.

2. Each and every cause of action in the Complaint should also be dismissed because Plaintiff does not allege that he has exhausted his administrative remedies, including the administrative remedy provided by section 1858, *et seq.*, of the California Insurance Code.

3. Each and every cause of action in the Complaint should also be dismissed based on the California Department of Insurance's primary jurisdiction over this matter.

4. The Complaint's second cause of action, for unjust enrichment, third cause of action, for breach of contract, and fourth cause of action, for violation of

the California Unfair Competition Law, should also be dismissed because those causes of action are barred by section 1860.1 of the California Insurance Code.

5. The Complaint's first cause of action, for violation of the New Jersey Consumer Fraud Act, should also be dismissed because Plaintiff does not allege an ascertainable loss and does not allege any unlawful conduct.

6. The Complaint's second cause of action, for unjust enrichment, should also be dismissed because unjust enrichment is not a recognized cause of action under California law, unjust enrichment is a quasi-contract remedy that is inapplicable when the parties' rights and obligations are governed by an enforceable contract, and Plaintiff does not allege that Federal obtained anything to which it was not entitled.

7. The Complaint's third cause of action, for breach of contract, should also be dismissed because Plaintiff does not allege that Federal committed any breach.

8. The Complaint's fourth cause of action, for violation of the California Unfair Competition Law, should also be dismissed because Plaintiff does not allege an injury in fact and does not allege any unlawful business practices, fraudulent business practices, unfair business practices, or deceptive advertising.

This motion is based on this Notice of Motion and Motion, the Brief in support thereof, the accompanying Declaration of Sharlene Howard and the exhibits thereto,

the accompanying Declaration of Andrew M. Levine and the exhibits thereto, the accompanying Request for Judicial Notice and the exhibits thereto, the accompanying Proposed Order, the pleadings and records on file in this action, and such further evidence and argument that may be presented at the hearing on this motion.

Federal requests that the Court hear oral argument on this motion.

Dated: March 14, 2023

Respectfully submitted,

/s/ Allen W. Burton
Allen W. Burton (Bar No. 020742001)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (213) 430-6407
aburton@omm.com

Richard B. Goetz (*pro hac vice admission to be sought*)
Zoheb P. Noorani (*pro hac vice admission to be sought*)
Andrew M. Levine (*pro hac vice admission to be sought*)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

3

        rgoetz@omm.com
        znoorani@omm.com
        andrewlevine@omm.com

        *Attorneys for Defendant Federal Insurance Company*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, true and correct copies of Defendant Federal Insurance Company's Notice of Motion and Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) were filed with the United States District Court for the District of New Jersey, and on all counsel of record, via ECF electronic filing.

Dated: March 14, 2023

/s/ Allen W. Burton
Allen W. Burton
O'MELVENY & MYERS LLP

*Attorneys for Defendant Federal Insurance Company*